UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN A. SEBESTYEN,

    Plaintiff,

v.

LEIKIN, INGBER & WINTERS, P.C., and
PAUL M. INGBER,

    Defendants.

Case No. 13-15182

Hon. Patrick J. Duggan

## JUDGMENT

Plaintiff Carolyn A. Sebestyen filed this lawsuit under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692-1692p, against Defendants Leikin, Ingber & Winters, P.C. ("LIW") and Paul M. Ingber ("Ingber") (collectively, "Defendants") on December 20, 2013.  Defendants subsequently offered Plaintiff relief by way of a Rule 68 Offer of Judgment.  This offer, served approximately four months before Plaintiff filed a motion seeking class certification, offered Plaintiff all of the individual relief she sought in her Complaint.  Plaintiff did not accept the offer and subsequently filed a class certification motion.  Soon thereafter, Defendants filed a motion to dismiss for lack of subject matter jurisdiction pursuant to Rule 12(b)(1), or in the alternative, a motion for summary judgment pursuant to Rule 56.

In an Opinion and Order entered on this date, the Court granted Defendants' motion and denied Plaintiff's motion. Having found that the Offer of Judgment should be entered as the judgment in this case, it is **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff and against Defendants (with no admission of liability). Plaintiff is awarded the following relief:

1. Monetary damages in the amount of Two Thousand One Dollars ($2,001.00) in total satisfaction of all Plaintiff's claims;

2. Plaintiff's accrued costs as determined by the parties, or, in the unlikely event the parties are unable to agree, as determined by the Court upon motion; and

3. Reasonable attorney's fees as determined by the parties, or, in the unlikely event the parties are unable to agree, as determined by the Court upon motion.

Dated: March 27, 2015

                                                s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:

**Adam S. Alexander, Esq.**
**Scott D. Owens, Esq.**
**Charity A. Olson, Esq.**